## FEDERAL DEPOSIT INSURANCE CORPORATION *v.* MUTUAL COMMUNICATIONS ASSOCIATES, INC., ET AL.

The petition of the defendants Guardian Systems, Inc., and Jerome G. Terracino for certification for appeal from the Appellate Court, 66 Conn. App. 397 (AC 20525), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under the applicable equitable principles, the plaintiff was entitled to the full amount of the deficiency judgment in this case?"

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16645.

*Michael S. Lynch*, in support of the petition.

*Michael J. Mannion*, in opposition.

Decided December 10, 2001